IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TARO PHARMACEUTICAL INDUSTRIES LTD. and TARO PHARMACEUTICALS U.S.A., INC., <br><br> Defendants. | C.A. No. 17-462 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 17-483 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICRO LABS LTD. and MICRO LABS USA INC., <br><br> Defendants. | C.A. No. 17-560 (RGA) |

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 17-584 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SIGMAPHARM LABORATORIES, LLC, <br><br> Defendant. | C.A. No. 17-648 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA and ALEMBIC PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 17-675 (RGA) |

2

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INVAGEN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-812 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-1047 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-1129 (RGA) |

3

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC.,<br><br>         Plaintiffs,<br><br>   v.<br><br>TORRENT PHARMACEUTICALS, LIMITED, and TORRENT PHARMA INC.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 17-1163 (RGA)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER OF CONSOLIDATION**

WHEREAS each of the above-captioned actions involves U.S. Patent No. 9,539,218 (the '218 patent);

WHEREAS each of the above-captioned actions is based on the filing of an Abbreviated New Drug Application by one or more of the defendants, seeking FDA approval to engage in the commercial manufacture, use, sale, and/or offer for sale of generic rivaroxaban products prior to the expiration of the '218 patent;

WHEREAS the above-captioned actions already share the same schedule for purposes of discovery and trial; and

WHEREAS the parties have agreed these actions should be consolidated into one action;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval that these actions are consolidated into one action for all purposes. All fillings shall be made in C.A. No. 17-462 (RGA).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| */s/ Derek J. Fahnestock* | */s/ Megan C. Haney* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>dfahnestock@mnat.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhaw.com |
| *Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.* | *Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.; and Defendant Breckenridge Pharmaceutical, Inc.* |
| SHAW KELLER LLP | MORRIS JAMES LLP |
| */s/ Jeffrey T. Castellano* | */s/ Kenneth L. Dorsney* |
| John W. Shaw (#3362)<br>Jeffrey T. Castellano (#4837)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>jcastellano@shawkeller.com | Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com |
| *Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* | *Attorneys for Defendants Micro Labs Ltd. and Micro Labs USA Inc.* |

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | CAESAR RIVISE, PC |
| */s/ Bindu A. Palapura* | */s/ R. Touhey Myer* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com | R. Touhey Myer (#5939)<br>800 North King Street, Suite 304<br>Wilmington, DE 19801<br>(302) 544-9100<br>tmyer@crbcp.com |
| *Attorneys for Defendant Mylan Pharmaceuticals Inc.* | *Attorneys for Defendant Sigmapharm Laboratories, LLC; and Defendant InvaGen Pharmaceuticals, Inc.* |
| RICHARDS, LAYTON & FINGER, P.A. | DEVLIN LAW FIRM, LLC |
| */s/ Kelly E. Farnan* | */s/ James M. Lennon* |
| Kelly E. Farnan (#4395)<br>Nicole K. Pedi (#6236)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7705<br>farnan@rlf.com<br>pedi@rlf.com | James M. Lennon (#4570)<br>1306 North Broom Street, Suite 1<br>Wilmington, DE 19806<br>(302) 449-7676<br>jlennon@devlinlawfirm.com |
| *Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA and Alembic Pharmaceuticals, Inc.* | *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc* |

Young Conaway Stargatt & Taylor, LLP

*/s/ Pilar G. Kraman*

---

Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 576-3586
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendants Torrent Pharmaceuticals, Limited and Torrent Pharma Inc.*

November 10, 2017

        SO ORDERED this _____ day of _____, 2017.

        _____
        United States District Judge

11435119