IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TARO PHARMACEUTICAL INDUSTRIES LTD. and TARO PHARMACEUTICALS U.S.A., INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 17-462 (RGA) <br> CONSOLIDATED |

**STIPULATION AND PROPOSED ORDER**

This Stipulation is made by and between (1) Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively "Plaintiffs"), and (2) Torrent Pharmaceuticals, Limited and Torrent Pharma Inc. (collectively, "Torrent").

WHEREAS Plaintiffs filed suit against Torrent in *Bayer Intellectual Property GmbH et al. v. Torrent Pharmaceuticals Limited*, No. 17-1163-RGA, which was consolidated on November 13, 2017 with the above-captioned case (the "Action");

WHEREAS Plaintiffs and Torrent wish to stay the Action as against Torrent;

WHEREAS Plaintiffs and Torrent wish for Torrent to be bound by the final judgment in the Action; and

NOW THEREFORE, Plaintiffs and Torrent, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1. The Action will be stayed as between Plaintiffs and Torrent.

2. Once this Stipulation and Proposed Order has been approved by the Court, the proceedings involving Torrent are stayed until such time as final judgment is entered by this Court following actual litigation on the merits in the Action (i.e., excluding judgment that is entered as a result of settlement, consent judgment, stipulated judgment, or other judgment or disposition that is not an actual contested decision on the merits in the Action). That is, Torrent will not participate in the Action, and as such will not, for example, produce any additional documents, participate in or be subject to any depositions, submit any expert reports, file any pleadings, or appear at the trial in the Action.

3. If the Action as to all other Defendants is resolved by settlement or any other type of stipulated, consent or otherwise agreed final judgment prior to the entry of a final judgment on the merits by the Court, the parties agree that the stay of the Action shall be lifted upon the request and motion of any party.

4. Torrent agrees to be bound by any final judgment, including any injunction, rendered in this Action as to any other Defendant or Defendants, as if the case against Torrent had not been stayed.

5. If the Court holds that any Defendant remaining in the Action infringes any of the claims of the patent-in-suit, Torrent will be held to infringe those claims as well.

6. If a final judgment regarding validity is entered in Plaintiffs' favor as to any of the other Defendants in the Action with respect to the patent-in-suit, final judgment will be entered in Plaintiffs' favor against Torrent as well.

7. If a final judgment regarding validity is entered in favor of any of the other Defendants in the Action with respect to the patent-in-suit, final judgment will be entered in Torrent favor as well.

8. Torrent and Plaintiffs retain the right to file an appeal from the judgment by the District Court in the Action and to challenge on appeal the merits of the Final Judgment.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Adam Poff* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>dfahnestock@mnat.com<br><br>*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.* | Adam W. Poff (#3990)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Defendants Torrent Pharmaceuticals, Limited and Torrent Pharma Inc.* |

January 16, 2018

SO ORDERED this ___ day of January, 2018.

_____
United States District Judge