IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 17-462 (RGA) CONSOLIDATED |
| TARO PHARMACEUTICAL INDUSTRIES LTD., TARO PHARMACEUTICALS U.S.A., INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO AMEND THE SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's Rule 16 Scheduling Order of October 2, 2017 (D.I. 20), as amended on April 13, 2018 (D.I. 55), is further hereby amended as follows:

| Event | Original Deadline | Proposed Amended Deadline |
|---|---|---|
| Plaintiffs' Opening Brief Served | April 27, 2018 | May 4, 2018 |
| Defendant's Answering Brief Served | May 18, 2018 | May 25, 2018 |
| Plaintiffs' Reply Brief Served | June 1, 2018 | June 5, 2018 |
| Defendant's Sur-Reply Brief Served | June 15, 2018 | June 19, 2018 |
| Joint Claim Construction Brief Filed | June 22, 2018 | No Change |

The remaining deadlines in the Court's Scheduling Order remain in effect.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ John C. Phillips, Jr.* |

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc.*

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhaw.com

*Attorneys for Defendant Breckenridge Pharmaceutical Inc.*

| POTTER ANDERSON & CORROON LLP | CAESAR RIVISE, PC |
|---|---|
| */s/ Bindu A. Palapura* | */s/ R. Touhey Myer* |

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

R. Touhey Myer (#5939)
800 North King Street, Suite 304
Wilmington, DE  19801
(302) 544-9100
tmyer@crbcp.com

*Attorneys for Defendants InvaGen Pharmaceuticals, Inc. and Sigmapharm Laboratories, LLC*

2

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | DEVLIN LAW FIRM LLC |
| */s/ Kelly E. Farnan* | */s/ James M. Lennon* |
| Kelly E. Farnan (#4395)<br>Nicole K. Pedi (#6236)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7705<br>farnan@rlf.com<br>pedi@rlf.com<br><br>*Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA and Alembic Pharmaceuticals, Inc.* | James M. Lennon (#4570)<br>1306 North Broom Street, Suite 1<br>Wilmington, DE  19806<br>(302) 449-7676<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE