IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TARO PHARMACEUTICAL INDUSTRIES LTD. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-462 (RGA) <br> CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER REGARDING INFRINGEMENT OF U.S. PATENT NO. 9,539,218

Plaintiff Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. ("Plaintiffs") and Defendant InvaGen Pharmaceuticals, Inc. ("InvaGen") (collectively, "the Parties"), through their counsel, hereby STIPULATE and agree to the following for the purpose of streamlining issues for discovery and trial, and request that the Court ORDER as follows:

1. The use of the 10 mg, 15 mg, and 20 mg rivaroxaban tablets that are the subject of InvaGen's Abbreviated New Drug Application ("ANDA") No. 208543 (including any amendments or supplements thereto as to these dosage strengths only) that is the subject of this action ("InvaGen's ANDA Products"), in accordance with their labeling, infringes each of claims 1-4 of U.S. Patent No. 9,539,218 ("the Asserted Claims of the '218 Patent"), provided that the claim is not proven invalid or unenforceable;

2. InvaGen will induce infringement of the Asserted Claims of the '218 Patent, provided the claim at issue is not proven invalid or unenforceable, through the sale of InvaGen's ANDA Products.

3.   As a result of the stipulation of infringement set forth herein, Plaintiffs agree that they will not take any individual depositions of InvaGen or its API supplier or any individual depositions of any current or former InvaGen employees, officers, or directors or the current or former employees, officers or directors of InvaGen's API supplier in this action and InvaGen and its API supplier need not produce nor will Plaintiffs seek from them further discovery that relate solely to issues of infringement of the Asserted Claims of the '218 patent.

4.   Nothing in this stipulation shall preclude InvaGen from pursuing any properly pleaded and disclosed defense contesting the validity and/or enforceability of any of the Asserted Claims of the '218 Patent.

5.   The Parties make this stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matters of infringement as stipulated herein.

IT IS HEREBY STIPULATED:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

CAESAR RIVISE, PC

/s/ *RODGER D. SMITH*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.*

/s/ *R. TOUHEY MYER*
R. Touhey Myer (#5939)
800 North King Street, Suite 304
Wilmington, DE 19801
(302) 544-9100
tmyer@crbcp.com

*Attorneys for Defendant InvaGen Pharmaceuticals, Inc.*

SO ORDERED this 24 day of July, 2018

_____
United States District Judge