# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TARO PHARMACEUTICAL INDUSTRIES LTD. and TARO PHARMACEUTICALS, U.S.A, INC., <br><br> Defendants. | C.A. No. 17-462-RGA <br> (consolidated) |

## STIPULATION TO AMEND SCHEDULING ORDER

Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Mylan Pharmaceuticals Inc., InvaGen Pharmaceuticals, Inc., Sigmapharm Laboratories, LLC, Lupin Limited, and Lupin Pharmaceuticals, Inc., (collectively, "Defendants") hereby stipulate, subject to the Court's approval, to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of fact discovery | August 10, 2018 | September 14, 2018 |
| Opening expert reports | September 28, 2018 | October 12, 2018 |
| Responsive expert reports | November 16, 2018 | November 30, 2018 |
| Reply expert reports | December 7, 2018 | December 14, 2018 |
| Close of expert discovery | January 30, 2019 | No change |
| *Daubert* motions | February 7, 2019 | No change |

All other dates remain unchanged.

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Derek J. Fahnestock*
    Jack B. Blumenfeld (#1014)
    Rodger D. Smith II (#3778)
    Derek J. Fahnestock (#4705)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel: (302) 658-9200
    jblumenfeld@mnat.com
    rsmith@mnat.com
    dfahnestock@mnat.com

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.*

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

CAESAR RIVISE, PC

By: */s/ R Touhey Myer*
    R Touhey Myer (#5939)
    800 N. King Street - Suite 304
    Wilmington, DE 19801
    Tel: (302) 544-9100
    tmyer@crbcp.com

*Attorneys for Defendants InvaGen Pharmaceuticals, Inc. and Sigmapharm Laboratories, LLC*

DEVLIN LAW FIRM LLC

By: */s/ James M. Lennon*
   James M. Lennon (#4570)
   1306 North Broom Street, Suite 1
   Wilmington, DE 19806
   Tel:  (302) 449-7676
   jlennon@devlinlawfirm.com

*Attorneys for Defendants Lupin Limited and
Lupin Pharmaceuticals, Inc.*

Dated:  August 10, 2018
5890200 / 42843

   IT IS SO ORDERED this ___ day of August, 2018.

           _____
           United States District Judge