IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TARO PHARMACEUTICAL INDUSTRIES LTD., et al., <br><br>Defendants. | ) ) ) ) ) ) ) C.A. No. 17-462 (RGA) ) CONSOLIDATED ) ) ) ) |

### STIPULATION AND PROPOSED ORDER

This Stipulation is made by and between (1) Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively "Plaintiffs"), and (2) Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively "Lupin").

WHEREAS Plaintiffs filed suit against Lupin in *Bayer Intellectual Property GmbH, et al. v. Lupin Limited, et al.*, No. 17-1047-RGA, which was consolidated on November 13, 2017 with the above-captioned case (the "Action");

WHEREAS Plaintiffs and Lupin wish to stay the Action as against Lupin;

WHEREAS Plaintiffs and Lupin wish for Lupin to be bound by the final judgment in the Action; and

NOW THEREFORE, Plaintiffs and Lupin, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1. The Action will be stayed as between Plaintiffs and Lupin.

2. Once this Stipulation and Proposed Order has been approved by the Court, the proceedings involving Lupin are stayed until such time as final judgment is entered by this Court

following actual litigation on the merits in the Action (i.e., excluding judgment that is entered as a result of settlement, consent judgment, stipulated judgment, or other judgment or disposition that is not an actual contested decision on the merits in the Action).  That is, Lupin will not participate in the Action, and as such will not, for example, produce any additional documents, participate in or be subject to any depositions, submit any expert reports, file any pleadings, or appear at the trial in the Action.

3.  If the Action as to all other Defendants is resolved by settlement or any other type of stipulated, consent or otherwise agreed final judgment prior to the entry of a final judgment on the merits by the Court, the parties agree that the stay of the Action shall be lifted upon the request and motion of any party. Further, the parties agree that the stay of the Action may be lifted by a showing, by either party, of good cause.

4.  Lupin agrees to be bound by any final judgment, including any injunction, rendered in this Action as to any other Defendant or Defendants, as if the case against Lupin had not been stayed.  For the avoidance of doubt, this paragraph applies only to Lupin's Abbreviated New Drug Application ("ANDA") No. 208555 for Rivaroxaban Tablets, 10 mg, 15 mg, and 20 mg.

    a.  Notwithstanding anything herein, any final judgment entered in the Action concerning the issues of willful infringement and/or exceptional case under 35 U.S.C. § 285, or costs under 28 U.S.C. § 1920, or any other decision or ruling on fees or costs, shall not be entered against Plaintiffs or Lupin as it pertains to the Action as against Lupin.  Plaintiffs and Lupin agree to waive any claim for attorneys' fees and/or costs against the other.

5. If the Court holds that any Defendant remaining in the Action infringes any of the claims of the patent-in-suit, Lupin will be held to infringe those claims as well. For the avoidance of doubt, this paragraph applies only to Lupin's ANDA No. 208555 for Rivaroxaban Tablets, 10 mg, 15 mg, and 20 mg.

6. If a final judgment regarding validity is entered in Plaintiffs' favor as to any of the other Defendants in the Action with respect to the patent-in-suit, final judgment will be entered in Plaintiffs' favor against Lupin as well. For the avoidance of doubt, this paragraph applies only to Lupin's ANDA No. 208555 for Rivaroxaban Tablets, 10 mg, 15 mg, and 20 mg.

7. If a final judgment regarding validity is entered in favor of any of the other Defendants in the Action with respect to the patent-in-suit, final judgment will be entered in Lupin's favor as well. For the avoidance of doubt, this paragraph applies only to Lupin's Abbreviated New Drug Application ("ANDA") No. 208555 for Rivaroxaban Tablets, 10 mg, 15 mg, and 20 mg.

8. Lupin and Plaintiffs retain the right to file an appeal from the judgment by the District Court in the Action and to challenge on appeal the merits of the Final Judgment.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DEVLIN LAW FIRM LLC |
|---|---|
| /s/ *Derek J. Fahnestock* | /s/ *James M. Lennon* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>dfahnestock@mnat.com | James M. Lennon (#4570)<br>1306 North Broom Street, Suite 1<br>Wilmington, DE 19806<br>(302) 449-7676<br>jlennon@devlinlawfirm.com<br><br>*Attorney for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.*

October 5, 2018

SO ORDERED this __5__ day of October, 2018.

_____
United States District Judge