**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GmbH, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TARO PHARMACEUTICAL INDUSTRIES, LTD. and TARO PHARMACEUTICALS U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 17-cv-00462-TBD <br> CONSOLIDATED |

## NOTICE OF WITHDRAWAL AND NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.7, Defendant INVAGEN PHARMACEUTICALS, INC. ("INVAGEN") hereby notifies the Court that R. Touhey Myer, Esquire is withdrawing as counsel for INVAGEN in this action, and that Lynne Terrebonne, Esquire and Michael P. Hogan, Esquire, previously admitted *pro hac vice,* are withdrawing as counsel for INVAGEN in this action. Patricia Smink Rogowski hereby enters her appearance as counsel for INVAGEN in this action.

Dated: August 12, 2019

Respectfully submitted,

ROGOWSKI LAW LLC

By: /s/ *Patricia S. Rogowski*
Patricia Smink Rogowski, Del. Bar ID #2632
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Tel: (302) 893-0048
pat@rogowskilaw.com

CAESAR RIVISE P.C.

Robert S. Silver (*Pro Hac Vice*)
1635 Market Street, 12th Floor

Philadelphia, PA  19103-2212
Tel: (215) 567-2010
rsilver@crbcp.com

*Attorneys for Defendant,*
  *InvaGen Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the counsel of record in this action.

                                                      _/s/ Patricia S. Rogowski_  
                                                      Patricia Smink Rogowski, Del Bar ID 2632