**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GmbH, ) | |
| BAYER AG and                       ) | |
| JANSSEN PHARMACEUTICALS, INC.,      ) | |
|                                    ) | |
| Plaintiffs,                        ) | |
|                                    ) | |
| v.                                 ) | Case No. 17-cv-00462-TBD |
|                                    ) | CONSOLIDATED |
| TARO PHARMACEUTICAL INDUSTRIES, LTD.) | |
| and TARO PHARMACEUTICALS U.S.A., INC.,  ) | |
| et al.,                            ) | |
|                                    ) | |
| Defendants.                        ) | |

**NOTICE OF WITHDRAWAL AND NOTICE OF ENTRY OF APPEARANCE**

Pursuant to Local Rule 83.7, Defendant SIGMAPHARM LABORATORIES, LLC

("SIGMAPHARM") hereby notifies the Court that R. Touhey Myer, Esquire is withdrawing as

counsel for SIGMAPHARM in this action, and that Lynne Terrebonne, Esquire and Michael P.

Hogan, Esquire, previously admitted *pro hac vice,* are withdrawing as counsel for

SIGMAPHARM in this action.  Patricia Smink Rogowski hereby enters her appearance as

counsel for SIGMAPHARM in this action.

Dated: September 13, 2019                Respectfully submitted,

                                         ROGOWSKI LAW LLC

                                         By: /s/ *Patricia S. Rogowski*
                                         Patricia Smink Rogowski, Del. Bar ID #2632
                                         501 Silverside Road, Suite 11
                                         Silverside Carr Executive Center
                                         Wilmington, DE 19809
                                         Tel: (302) 893-0048
                                         pat@rogowskilaw.com

CAESAR RIVISE P.C.

Robert S. Silver  (*Pro Hac Vice*)
1635 Market Street, 12th Floor
Philadelphia, PA  19103-2212
Tel: (215) 567-2010
rsilver@crbcp.com

*Attorneys for Defendant,*
  *SigmaPharm Laboratories, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the counsel of record in this action.

_/s/ Patricia S. Rogowski_____
Patricia Smink Rogowski, Del Bar ID 2632