IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG and JANSSEN PHARMACEUTICALS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>TARO PHARMACEUTICAL INDUSTRIES LTD., TARO PHARMACEUTICALS U.S.A., INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-462 (TBD)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's Minute Order dated November 12, 2019, Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc., provide the following status report concerning (1) revisions to the proposed consent judgments with Mylan Pharmaceuticals, Inc. ("Mylan") and Breckenridge Pharmaceutical, Inc. ("Breckenridge"); and (2) the status of negotiations with other parties in the above-captioned consolidated case and related cases:

    1.    The proposed consent judgments with Mylan and Breckenridge were revised and those cases were dismissed with prejudice by stipulation.  D.I. 193, 194.

    2.    In addition to Mylan and Breckenridge, there were 12 other defendant groups involved in the above-captioned case and related cases.  Plaintiffs have dismissed with prejudice their claims against five of those defendant groups.  D.I. No. 197, 198, 201; C.A. No. 19-1238-TBD, D.I. 21; C.A. No. 19-1448-TBD, D.I. No. 9.  Plaintiffs are actively negotiating with the remaining seven defendant groups.

The cases against the remaining, non-dismissed defendant groups are all stayed pursuant to separate stipulations entered by the Court. *See* D.I. 33, 40, 79, 130, 134, 146, 166. If necessary, however, Plaintiffs request that the Court extend the stay first entered on August 7, 2019 in the above-captioned case for a further 60 days so that Plaintiffs can continue negotiations with the remaining, non-dismissed defendant groups.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Derek J. Fahnestock* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Derek J. Fahnestock (#4705) |
| Bruce R. Genderson<br>Adam L. Perlman<br>Dov P. Grossman<br>Alexander S. Zolan<br>Kathryn S. Kayali<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br>(202) 434-5000 | 1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>dfahnestock@mnat.com |
|  | *Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.* |
| *Attorneys for Bayer Intellectual Property GmbH and Bayer AG* |  |
| Bindu Donovan<br>S. Isaac Olson<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5300 |  |
| *Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.* |  |
| January 10, 2020 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 10, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John M. Seaman, Esquire<br>April M. Kirby, Esquire<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* | VIA ELECTRONIC MAIL |
| A. Neal Seth, Esquire<br>Laura R. Braden, Esquire<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* | VIA ELECTRONIC MAIL |
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.* | VIA ELECTRONIC MAIL |
| Stephen P. Benson, Esquire<br>Kimberly A. Beis, Esquire<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| John W. Shaw, Esquire<br>Jeffrey T. Castellano, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>Nicole K. Pedi, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA and Alembic Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| A. Neal Seth, Esquire<br>Karin Hessler, Esquire<br>Teresa Summers, Esquire<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington, DC 20036<br>*Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA and Alembic Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Patricia S. Rogowski, Esquire<br>ROGOWSKI LAW LLC<br>501 Silverside Road, Suite 11<br>Silverside Carr Executive Center<br>Wilmington, DE 19809<br>*Attorneys for Defendant InvaGen Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Silver, Esquire<br>CAESAR RIVISE, PC<br>1635 Market Street<br>Seven Penn Center, 12th Floor<br>Philadelphia, PA 19103<br>*Attorneys for InvaGen Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM, LLC<br>1306 North Broom Street, Suite 1<br>Wilmington, DE 19806<br>*Attorneys for Defendants Lupin Limited*<br>*and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance Soderstrom, Esquire<br>Stephanie M. Roberts, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br>*Attorneys for Defendants Lupin Limited*<br>*and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC 28202-4213<br>*Attorneys for Defendants Lupin Limited and*<br>*Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Christopher B. Ferenc, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street NW<br>North Tower, Suite 200<br>Washington, DC 20007-5118<br>*Attorneys for Defendants Lupin Limited and*<br>*Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants Teva*<br>*Pharmaceuticals USA, Inc. and Teva*<br>*Pharmaceutical Industries Ltd.* | *VIA ELECTRONIC MAIL* |

J.C. Rozendaal, Esquire                                                    *VIA ELECTRONIC MAIL*
Chandrika Vira, Esquire
Michael Bruns, Esquire
STERNE, KESSLER, GOLDSTEIN
& FOX, P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005
*Attorneys for Defendants Teva*
*Pharmaceuticals USA, Inc. and Teva*
*Pharmaceutical Industries Ltd.*


　　　　　　　　　　　　　　　　　　　　　*/s/ Derek J. Fahnestock*
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Derek J. Fahnestock (#4705)

4