IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-462 (TBD) CONSOLIDATED |
| TARO PHARMACEUTICAL INDUSTRIES LTD., et al., | ) ) ) | |
| Defendants. | ) | |

## __STIPULATION OF DISMISSAL__

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs

Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively,

"Plaintiffs") and Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.

(collectively, "Macleods"), hereby stipulate and agree that Plaintiffs' action against Macleods

and Macleods's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs

against Macleods and all claims and defenses asserted by Macleods against Plaintiffs, are hereby

dismissed with prejudice.  All parties shall bear their own costs, disbursements and attorneys'

fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs Bayer Intellectual
Property GmbH, Bayer Pharma AG, and
Janssen Pharmaceuticals, Inc.*

January 22, 2020

ABRAMS & BAYLISS LLP

*/s/ John M. Seaman*

_____

John M. Seaman (#3868)
April M. Kirby (#6152)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
akirby@abramsbayliss.com

*Attorneys for Defendants Macleods
Pharmaceuticals Ltd. and Macleods Pharma
USA, Inc.*

SO ORDERED this ___ day of January, 2020.

_____
The Honorable Timothy B. Dyk

2