IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br> v. <br><br> TARO PHARMACEUTICAL INDUSTRIES LTD., TARO PHARMACEUTICALS U.S.A., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-462-TBD |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the law firm of ROGOWSKI LAW LLC hereby withdraws its appearance as Delaware counsel of record for defendant InvaGen Pharmaceuticals, Inc. in the above referenced action.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 83.7, attorney Robert S. Silver of the law firm of CAESAR RIVISE P.C. hereby withdraw their *pro hac vice* appearance on behalf of defendant InvaGen Pharmaceuticals, Inc. in the above referenced action.

PLEASE TAKE FURTHER NOTICE that the law firm of ABRAMS & BAYLISS LLP hereby enters its appearance as substitute Delaware counsel of record on behalf of defendant InvaGen Pharmaceuticals, Inc. in the above referenced action and hereby requests that copies of all notices and pleadings given or filed in the above action be served on ABRAMS & BAYLISS LLP at the address below.

| | |
|---|---|
| */s/ John M. Seaman* | */s/ Patricia Smink Rogowski* |
| John M. Seaman (#3868) | Patricia Smink Rogowski (#2632) |
| April M. Kirby (#6152) | ROGOWSKI LLC |
| ABRAMS & BAYLISS LLP | 501 Silverside Road, Suite 11 |
| 20 Montchanin Road, Suite 200 | Silverside Carr Executive Center |
| Wilmington, DE 19807 | Wilmington, DE 19809 |
| Tel: (302) 778-1000 | Tel: (302) 893-0048 |
| Fax: (302) 778-1001 | pat@rogowskilaw.com |
| seaman@abramsbayliss.com | |
| akirby@abramsbayliss.com | Robert S. Silver |
| | CAESAR RIVISE P.C. |
| | 1635 Market Street, 12th Floor |
| | Philadelphia, PA 19103-2212 |
| | Tel: (215) 567-2010 |
| | rsilver@crbcp.com |
| | |
| *Entering Counsel for Defendant* | *Withdrawing Counsel for Defendant* |
| *InvaGen Pharmaceuticals, Inc.* | *InvaGen Pharmaceuticals, Inc.* |

Dated: March 16, 2020