IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TARO PHARMACEUTICAL INDUSTRIES LTD., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 17-462 (TBD) ) CONSOLIDATED ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant InvaGen Pharmaceuticals, Inc. ("InvaGen"), hereby stipulate and agree that Plaintiffs' action against InvaGen and InvaGen's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against InvaGen and all claims and defenses asserted by InvaGen against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ABRAMS & BAYLISS LLP |
| /s/ *Derek J. Fahnestock* | /s/ *John M. Seaman* |

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc.*

September 1, 2020

John M. Seaman (#3868)
April M. Kirby (#6152)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
akirby@abramsbayliss.com

*Attorneys for Defendant InvaGen Pharmaceuticals, Inc.*


SO ORDERED this 2nd day of September, 2020.

_____
Circuit Judge, sitting by designation